IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS PLUMLEY and, | § | |
| AUBREY PLUMLEY, | § | |
|     Plaintiffs, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-01965 |
| | § | |
| LIBERTY INSURANCE | § | Jury Demand |
| CORPORATION, | § | |
|     Defendant. | § | |

**<u>PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES</u>**

**TO THE HONORABLE UNITED STATES DISTRICT COURT**:

    COME NOW Thomas and Aubrey Plumley, Plaintiffs herein, and file with the Court the following identification of interested parties, pursuant to the Court's Order for Pretrial Conference:

1. Thomas and Aubrey Plumley
   c/o Chad T. Wilson Law Firm
   1322 Space Park Drive, Suite A155
   Houston, Texas 77058
   (832) 415-1432
       *Plaintiffs*

1. Liberty Insurance Corporation
   175 Berkeley Street
   Boston, Massachusetts
   (617) 357-9500
       *Defendant*

2. Chad T. Wilson
   State Bar No. 24279587
   cwilson@cwilsonlaw.com
   THE CHAD T. WILSON LAW FIRM
   1322 Space Park Drive, Suite A155
   Houston, Texas 77058
   Office: (832) 415-1432
   Fax:    (281) 940-2137
       *Attorney for Plaintiffs*

3. J. Mark Kressenberg
   SHEEHY, WARE & PAPPAS
   909 Fannin Street, Suite 2500
   Houston, Texas 7010-1008
   Telephone: (713) 951-1000
   Facsimile:  (713) 951-1199
   jkressenberg@sheehyware.com
   *Attorneys for Defendant Liberty Insurance Corporation*

          Respectfully submitted,

        CHAD T. WILSON LAW FIRM PLLC

          By: /s/ *Chad T. Wilson*

          Chad T. Wilson
          Bar No. 24079587
          Southern District No. 2246983
          cwilson@cwilsonlaw.com
          1322 Space Park Drive, Suite A155
          Houston, Texas 77058
          Telephone: (832) 415-1432
          Facsimile:  (281) 940-2137

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of Plaintiffs' Disclosure of Interested Parties has been sent to all counsel of record by certified U.S. Mail, facsimile, hand delivery, email, or electronic service on this 13th day of July 2016.

J. Mark Kressenberg
SHEEHY, WARE & PAPPAS
909 Fannin Street, Suite 2500
Houston, Texas 7010-1008
Telephone: (713) 951-1000
Facsimile:  (713) 951-1199
jkressenberg@sheehyware.com

                                                       /s/ *Chad T. Wilson*
                                                        Chad T Wilson