IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS PLUMLEY and AUBREY PLUMLEY, Plaintiffs, <br><br> vs. <br><br> LIBERTY INSURANCE CORPORATION Defendant | § § § § § § § § § § § <br> Civil Action No. 4:16-CV-01965 <br> (JURY) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Thomas Plumley and Aubrey Plumley, Plaintiff, and Liberty Insurance Corporation, Defendant, and file this Joint Motion for Dismissal With Prejudice, and in support thereof would show the Court as follows:

I.

The parties have settled all issues and claims between them in this matter and wish to fully and finally dispose of this lawsuit.

II.

Therefore, the parties desire that the Court sign an Agreed Order of Dismissal With Prejudice which will fully and finally dispose of all claims and issues by and between the parties, and accordingly ask the Court to sign the attached "Agreed Order of Dismissal With Prejudice" and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Thomas Plumley and Aubrey Plumley and Defendant Liberty Insurance Corporation pray this Court grant their Joint Motion

for Agreed Order of Dismissal With Prejudice and sign the attached Agreed Order of Dismissal With Prejudice, and for such other and further relief as to which they may show themselves to be entitled.

Respectfully submitted,

**CHAD T. WILSON LAW FIRM PLLC**

_____
Chad R. Wilson
Southern District Bar No. 2246983
State Bar No. 24079587
CWilson@wilsonlaw.com
CHawkins@cwilsonlaw.com
1322 Space Park Drive, Suite A155
Houston, Texas 77058
(832) 415-1432
(281) 940-2137 (facsimile)

**ATTORNEYS FOR PLAINTIFFS THOMAS PLUMLEY AND AUBREY PLUMLEY**


Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

By:   /s/ _J. Mark Kressenberg_
J. Mark Kressenberg, Attorney in Charge
JKressenberg@sheehyware.com
Fed. Adm. No. 7793
Texas State Bar No. 11725900
909 Fannin Street
Suite 2500
Houston, Texas 77010-1003
713-951-1000 Telephone
713-951-1199 Telecopier

**ATTORNEYS FOR DEFENDANT LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this the __24th__ day of __October__, 2016, to the following counsel of record:

Chad T. Wilson
Chad T. Wilson Law Firm PLLC
1322 Space Park Drive, Suite A155
Houston, Texas 77059
(281) 940-2137 – Fax
cwilson@cwilsonlaw.com


                                                      /s/ *J. Mark Kressenberg*
                                                      J. Mark Kressenberg

2612350_1.doc