United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS PLUMLEY and AUBREY PLUMLEY, <br>   Plaintiffs, <br><br> vs. <br><br> LIBERTY INSURANCE CORPORATION <br>   Defendant | § § § § § § § § § § | Civil Action No. 4:16-CV-01965 <br> (JURY) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on **Defendant LIBERTY INSURANCE CORPORATION's**, and **Plaintiffs THOMAS PLUMLEY and AUBREY PLUMLEY's** Joint Motion for Dismissal With Prejudice. Upon consideration of the Motion, and it appearing same is for good cause and that the claims and causes of action herein have been settled by the parties, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE,** each party to bear their respective costs.

This Order disposes of all claims and all issues by and between the parties and constitutes a final appealable order.

**SO ORDERED.**

OCT 2 7 2016

SIGNED on the ____ day of _____, 2016.

_____
Judge Presiding

2634152v1

1